Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>T.D. BANK US HOLDING COMPANY and TD BANK, N.A.,<br><br>  Defendant(s), | Case No.: 2:19-cv-01269-SVW-SK<br><br>NOTICE OF SETTLEMENT<br><br><br><br>Judge: Hon. Steven V. Wilson<br>Magistrate: Hon. Steve Kim |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that Plaintiff has and Defendants have agreed to terms to settle his claims as to all Defendants, subject to the full execution of a confidential agreement.

1  Plaintiff TIMOTHY DAWSON and Defendants T.D. BANK HOLDING
2  COMPANY and T.D. BANK, N.A., intend to file a joint motion for dismissal with
3  prejudice as to all Defendants within thirty (30) days or less.  In light of the
4  settlement, Plaintiff requests the Court take off calendar all future hearings and
5  deadlines in this case.

6

7  Dated: April 23, 2019                    by: /s/ Ahren A. Tiller
8                                               Ahren A. Tiller
                                                 BLC Law Center, APC
9                                               Attorney(s) for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28