Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026
Email: Ahren.Tiller@blc-sd.com

Attorneys for Plaintiff
TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>T.D. BANK US HOLDING COMPANY and TD BANK, N.A.<br><br>　　　　　Defendant, | Case No.: 2:19-cv-01269-SVW-SK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(B)** |

Plaintiff TIMOTHY DAWSON ("Plaintiff") and Defendant T.D. BANK US HOLDING COMPANY and Defendant TD BANK, N.A. ("Defendants") (all collectively as "The Parties"), by and through their respective undersigned Counsel, respectfully submit this Stipulation for Dismissal as to all Defendants pursuant to Fed. R. Civ. P. 41 (a)(1)(B) with prejudice.

WHEREAS, on April 23, 2019, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendants had agreed to terms to settle Plaintiff's claims subject

to the execution of a confidential agreement (ECF No. 14). The Parties have since fully resolved the Matter.

WHEREAS, the Parties seek to have this case dismissed with prejudice as to all Defendants pursuant to a confidential settlement agreement.

THEREFORE, the parties hereby jointly stipulate to, and request, that the Court dismiss the action as to all Defendants with prejudice.

Dated: May 3, 2019            BLC LAW CENTER, APC

                              By: */s/ Ahren A. Tiller*
                                  Ahren A. Tiller
                                  Attorneys for Plaintiff
                                  JAMES V. SNYDER

Dated: May 3, 2019

                              By: */s/ Terrance J. Evans*_____
                                  Terrance J. Evans
                                  Duane Morris LLP
                                  Attorneys for Defendants
                                  T.D. BANK US HOLDING COMPANY
                                  and TD BANK, N.A.