# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>Plaintiff,<br><br>vs.<br><br>T.D. BANK US HOLDING COMPANY and TD BANK, N.A.,<br><br>Defendant(s), | Case No.: 2:19-cv- 01269-SVW-SK<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION AS TO ALL DEFENDANTS WITH PREJUDICE**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Magistrate: Hon. Steve Kim |

Based upon the Stipulation of Plaintiff TIMOTHY DAWSON and Defendants T.D. BANK US HOLDING COMPANY and TD BANK, N.A., to dismiss the entire action as to all Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B) filed as ECF No. 16, and good cause appearing, this Court hereby orders this case dismissed with prejudice as to all Defendants, with each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: May 8, 2019

_____
Hon. Stephen V. Wilson
United States District Judge

*Order for Dismissal*